UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Olga Mendoza Carranza,<br>Individually, and on behalf of all others similarly situated,<br><br>                                  Plaintiff,<br>       -v-<br><br>The Inn at East Wind LLC,<br><br>                                  Defendant. | **Civ. Action #: 20-CV-05774<br>(ARL)**<br><br>**STIPULATION AND ORDER<br>[PROPOSED]**<br>**(Modification of Language)** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties in this action, that paragraph 2 of the settlement agreement in this action filed at ECF No. 16-1 is modified to read as follows:

**Release of Wage and Hour Claims:** In return for the payments in Paragraph 1, Plaintiff knowingly and voluntarily releases and forever discharges, to the full extent permitted by law, Defendant, as well as Defendant's current and former owners, predecessors, successors, directors, officers, current and former supervisory employees, parents and subsidiaries, ("Releasees"), from any and all wage and hour claims, including, but not limited to, claims under the FLSA, NYLL, and NYMWA that Plaintiff has or may have against Releasees as of the date of Plaintiff's execution of this Agreement, whether known or unknown, asserted or unasserted, including for attorneys' fees and costs in connection with any asserted or unasserted claim. The released claims include all FLSA, NYLL, and NYMWA claims, as well as any other similar federal, state or local wage-hour claims for regular and overtime wages, wage notice requirements, as well as any retaliation claims in any way related to the foregoing claims, liquidated damages or interest on such claims, and attorneys' fees and costs related to such claims as of the date of Plaintiff's execution of this Agreement.

**IT IS FURTHER STIPULATED AND AGREED**, by and between the undersigned counsel for all parties in this action, that paragraph 7 of the settlement agreement in this action filed at ECF No. 16-1 is modified to read as follows:

**Governing Law:** This Agreement shall be governed by, and interpreted in accordance with, the laws of the State of New York, without regard to its conflict of laws provision. Plaintiff shall execute a Stipulation of Dismissal, which shall be filed by Defendant after Court approval of the settlement and two weeks after Plaintiff's counsel receives the settlement checks and provided that within those two weeks, defense counsel is not notified of problems cashing or clearing such checks.

Dated: Queens Village, New York
         December 14, 2020

| | |
|---|---|
| Abdul Hassan Law Group, PLLC<br>Attorneys for Plaintiff<br><br>By: *Abdul Hassan*<br>Abdul K. Hassan, Esq. (AH6510)<br>215-28 Hillside Avenue<br>Queens Village, NY 11427<br>Tel: 718-740-1000<br>Fax: 718-740-2000<br>Email: abdul@abdulhassan.com | Jackson Lewis P.C.<br>Attorneys for Defendant<br><br>By: *[signature]*<br>Jeffrey Brecher, Esq.<br>58 South Service Road, Suite 250<br>Melville, NY 11747<br>Tel: 631-247-0404<br>Email: Jeffrey.Brecher@jacksonlewis.com |

SO ORDERED:

_____